# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS TAYLOR and TONYA TAYLOR, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 09-0806-KD-C ) |
| STRONGBUILT, INC., *et al*, | ) ) |
| Defendants. | ) |

## ORDER

Review of the docket indicates that defendant Strongbuilt International, LLC, was served with the summons and complaint on January 22, 2011 (doc. 31) and no answer or other responsive pleading has been filed.

Accordingly, plaintiffs Douglas and Tonya Taylor are **ORDERED** to file on or before **March 29, 2011**, an application pursuant to Rule 55(a)[1] of the Federal Rules of Civil Procedure for the Clerk to enter default as to defendant Strongbuilt International, LLC, or show cause why an application for entry of default has not been filed.

**DONE** and **ORDERED** this 18th day of March, 2010.

        **/s/ Kristi K. DuBose**
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**

---

[1] Plaintiffs are reminded that obtaining a default judgment requires that the Clerk of the Court first enter default on the record, *see* Fed. R. Civ. P 55(a), after which plaintiffs may move for a default judgment. *See* Fed. R. Civ. P. 55(b).