IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DOUGLAS TAYLOR and** <br> **TONYA TAYLOR,** <br> <br> Plaintiffs, <br> <br> vs. <br> <br> **STRONGBUILT, INC., and** <br> **STRONGBUILT INTERNATIONAL, LLC.,** <br> <br> **Defendants.** | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 09-0806-KD-C <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFAULT JUDGMENT**

Pursuant to the Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that **DEFAULT JUDGMENT** in the amount of $977,426.60 is hereby entered against the defendants StrongBuilt, Inc. and StrongBuilt International, LLC, jointly and severally, and in favor of plaintiffs Douglas and Tonya Taylor.

Cost are taxed to the defendants.

DONE and ORDERED this 23rd day of September, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE