# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS TAYLOR and TONYA TAYLOR, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 09-0806-KD-C ) |
| STRONGBUILT, INC., and STRONGBUILT INTERNATIONAL, LLC., | ) ) ) |
| Defendants. | ) |

## DEFAULT JUDGMENT

Pursuant to the Order entered this date, it is **ORDERED, ADJUDGED, and DECREED** that **DEFAULT JUDGMENT** in the amount of $977,426.60 is hereby entered against the defendants StrongBuilt, Inc. and StrongBuilt International, LLC, jointly and severally, and in favor of plaintiffs Douglas and Tonya Taylor.

Cost are taxed to the defendants.

DONE and ORDERED this 23rd day of September, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE